

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

                Plaintiff,

vs.

LORENZO LUNA,

                Defendant.

Case No.  15CR2745-DMS

JUDGMENT AND ORDER OF
DISMISSAL OF INFORMATION,
EXONERATE BOND

Upon motion of the UNITED STATES OF AMERICA and good cause appearing,

IT IS SO ORDERED that the information in the above-entitled case be dismissed with prejudice, and the bond be exonerated.

Dated:  3/16/2017

Hon. Jill L. Burkhardt
United States Magistrate Judge